UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 25, 2023** |
| **TIME:** | **3:00PM** |
| **FORMAT:** | ☒ In Person    ☐ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-7182 (NJC)(LGD)** |
| **NAME OF CASE(S):** | Agostisi v. Bendo et. al. |
| **FOR PLAINTIFF(S):** | Rick Ostrove |
| **FOR DEFENDANT(S):** | Leo Dorfman, Adam I. Kleinberg |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 3:04-3:15 |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, no ruling was made on the Motion to Compel at DE [42]. An Order of Recusal will follow.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge