FILED
CLERK

10/25/2023 4:35 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Robert Agostisi,

             Plaintiff(s),

      -against-

John Bendo et. al.,

             Defendant(s).
-----------------------------------------------------------X

**RECUSAL ORDER**

21-CV-7182 (NJC)(LGD)

The undersigned hereby recuses himself from this matter pursuant to 28 U.S.C. § 455(a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected Magistrate Judge.

Dated: Central Islip, New York
       October 25, 2023

SO ORDERED

/s/ Lee G. Dunst
LEE. G. DUNST
United States Magistrate Judge