**UNITED STATES DISTRICT COURT**　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　　**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE　　　　　　　　　　DATE:  12/6/23
　　　　　U.S. MAGISTRATE JUDGE　　　　　　　TIME:  2:00 pm

CASE:  **CV 21-7182 (NJC) Agostisi v. Bendo et al**

TYPE OF CONFERENCE:   STATUS　　　　　　　FTR: 1:55-2:29
APPEARANCES:
　　　　　For Plaintiff:　 Rick Ostrove

　　　　　For Defendant: Leo Dorfman

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [    ]
　　　submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
　　　The action will be tried in accordance with the discretion and the trial calendar of the
　　　District Judge.

☒　　Other:  Status conference held.  Plaintiff's motion to compel, DE [42], is withdrawn
　　　without prejudice to being resubmitting on the following briefing schedule:

1.　　Plaintiff will serve motion papers on January 31, 2024.
2.　　Opposition will be served on February 29, 2024.
3.　　Reply will be served on March 15, 2024.
4.　　All papers will be filed on March 18, 2024 with a courtesy copy sent to chambers.

Defendants will serve interrogatory responses on January 31, 2024.

Defendants will review the privilege log and produce a revised log on February 29, 2024.

　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　United States Magistrate Judge